UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL G. CAMPBELL,<br>    Plaintiff<br><br>V.<br><br>HALLSMITH-SYSCO FOOD SERVICES,<br>INC.,<br>    Defendant | CIVIL ACTION NO. 05-CV-10522-WGY |

### LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT

Pursuant to Local Rule 7.3, defendant, Hallsmith-Sysco Food Services, LLC, states that its parent corporation is Sysco Corporation. Sysco Corporation is a publicly held company.

HALLSMITH-SYSCO FOOD SERVICES, INC.

By its attorneys,

_____
Richard C. Van Nostrand, Esq.
BBO #507900
Michael D. Badger, Esq.
BBO #633915
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:   (508) 791-8502

Dated: April 13, 2005

{H:\PA\Lit\03390\02066\A0785557.DOC}

2

## CERTIFICATE OF SERVICE

I, Michael D. Badger, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Joseph B. Lichtblau, Esq., Law Office of Joseph B. Lichtblau, 92 State Street, Boston, MA 02109.

_____
Michael D. Badger, Esq.

Dated: April 13, 2005