UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL G. CAMPBELL,<br>Plaintiff<br><br>V.<br><br>HALLSMITH-SYSCO FOOD SERVICES, INC.,<br>Defendant | CIVIL ACTION NO. 05-CV-10522-WGY |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

We, Michael D. Badger, attorney, and defendant, Hallsmith-Sysco Food Services, LLC, by and through Julia M. Gannon, its Vice President of Human Resources, do hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course and various alternative courses for the litigation; and also to consider the resolution of the litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.4.

HALLSMITH-SYSCO FOOD SERVICES, LLC

By: Julia M. Gannon
Vice President of Human Resources

Dated: May 9, 2005

{H:\PA\Lit\03390\02066\A0791900.DOC}

Respectfully submitted,

HALLSMITH-SYSCO FOOD SERVICES, LLC

By its attorneys,

/s/ Richard C. Van Nostrand

Richard C. Van Nostrand, Esq.
BBO #507900
Michael D. Badger, Esq.
BBO #633915
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: May 9, 2005

{H:\PA\Lit\03390\02066\A0791900.DOC}

2