UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL G. CAMPBELL,

    Plaintiff,

v.

HALLSMITH-SYSCO FOOD SERVICES, INC.

    Defendant.

CIVIL ACTION NO. 05-CV-10522-WGY

## PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH LR 16.1(D)(3)

We hereby certify that the below signed plaintiff, Michael G. Campbell, and his attorney have conferred concerning establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Massachusetts LR 16.1.

MICHAEL G. CAMPBELL,

*Michael G. Campbell* 5/9/05
Michael G. Campbell

By his attorney,

*Joseph B. Lichtblau*
Joseph B. Lichtblau
BBO # 555020
92 State Street
Boston, MA 02109
(617) 722-9955