UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL G. CAMPBELL,
    Plaintiff,

v.

HALLSMITH-SYSCO FOOD
SERVICES, INC.
    Defendant.

CIVIL ACTION NO.
05-CV-10522-WGY

**PLAINTIFF'S MOTION TO REINSTATE DEFENDANT HALLSMITH-SYSCO'S "MOTION TO DISMISS COUNT II OF THE PLAINTIFF'S COMPLAINT" TO THE DOCKET AND ASSENT TO SAID MOTION TO DISMISS COUNT II**

    The plaintiff, Michael G. Campbell, through counsel, hereby moves that the Motion of defendant Hallsmith-Sysco Food Services, Inc. ("Hallsmith-Sysco") To Dismiss Count II of The Plaintiff's Complaint, which Motion was previously ordered "Terminated" by the Court, be reinstated to the docket for the purpose of permitting Plaintiff to assent to said motion. Plaintiff hereby assents to dismissal of Count II of the Plaintiff's Complaint.

Respectfully submitted,
MICHAEL G. CAMPBELL,
By his attorney,

/s/ Joseph B. Lichtblau
Joseph B. Lichtblau
BBO # 555020
92 State Street
Boston, MA 02109
Tel: (617) 722-9955
Fax: (617) 722-9966

CERTIFICATE OF SERVICE

I hereby certify that on ___7/14/05___, a true and accurate copy of the above document was served on Attorneys for all parties, being Richard C. Van Nostrand and Michael D. Badger, Mirick, O'Connell, DeMallie, & Lougee, LLP, 100 Front Street, Worcester, MA 01608-1477, by Hand/First Class Mail, Postage prepaid/Fax.