# United States District Court
# District of Massachusetts

MICHAEL G. CAMPBELL,
    Plaintiff,


    V.                                          CIVIL ACTION NO. 2005-10522-WGY


HALLSMITH-SYSCO SERVICES, INC.,
    Defendant.


# _ORDER_


COLLINGS, U.S.M.J.

The above-styled case was referred to me for mediation. This was in error. I am the magistrate judge assigned to the case. The protocol of the mediation program is that a magistrate judge will not be referred a case to mediate if he or she is the magistrate judge to whom the case is assigned.

Accordingly, the case is RETURNED to the Clerk's Office with instructions to draw the case to a magistrate judge other than myself for the

purposes of mediation.

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

November 3, 2005.