UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL G. CAMPBELL,<br>　　Plaintiff<br><br>V.<br><br>HALLSMITH-SYSCO FOOD SERVICES,<br>INC.,<br>　　Defendant | CIVIL ACTION NO. 05-CV-10522-WGY |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to the dismissal of the above-captioned action, without prejudice.

| MICHAEL G. CAMPBELL | HALLSMITH-SYSCO FOOD SERVICES, INC. |
|---|---|
| By his attorney, | By its attorneys, |
| *(signature)* | *(signature)* |
| Joseph B. Lichtblau, Esq.<br>BBO #555020<br>Law Office of Joseph B. Lichtblau<br>92 State Street<br>Boston, MA 02109<br>Phone: (617) 722-9955<br>Fax:　 (617) 722-9966 | Richard C. Van Nostrand, Esq.<br>BBO #507900<br>Michael D. Badger, Esq.<br>BBO #633915<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:　 (508) 791-8502 |

Dated: December 16, 2005

{H:\PA\Lit\03390\02066\A0867470.DOC}